UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DUCK MARITIME OF PANAMA,

           Plaintiff,

  - against -

LIBRA SHIPPING PTE. LTD. a/k/a
LIBRA SHIPPING PTE. LTD. OF SINGAPORE,

           Defendant.

------------------------------------------------------X

**08 CIV 5393**

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                 NONE.

Dated: June 13, 2008
       New York, NY

                         The Plaintiff,
                         DUCK MARITIME OF PANAMA

           By: *Anne C. LeVasseur*
                        Kevin J. Lennon
                        Anne C. LeVasseur
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        kjl@lenmur.com
                        acl@lenmur.com