Jones S/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
DUCK MARITIME OF PANAMA,          :     08 CV 5393 (BSJ)
                                  :
            Plaintiff,            :     ECF CASE
                                  :
     - against -                  :
                                  :
LIBRA SHIPPING PTE. LTD. a/k/a    :
LIBRA SHIPPING PTE. LTD. OF SINGAPORE, :
                                  :
            Defendant.            :
-------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: June 19, 2008
       New York, New York

                    The Plaintiff,
                    DUCK MARITIME OF PANAMA

                    By: _____
                    Kevin J. Lennon
                    Anne C. LeVasseur
                    LENNON, MURPHY & LENNON, LLC
                    The GrayBar Building
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    (212) 490-6050
                    (212) 490-6070 fax
                    acl@lenmur.com
                    kjl@lenmur.com

_____
U.S.D.J.
6/23/08